UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLATUNJI RAHEEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COUNTY DOMESTIC RELATIONS,<br><br>　　　　Defendant. | Case No. 18-cv-06375-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 12 |

　　　　Plaintiff Olatunji Raheem filed this case on October 12, 2018. [Dkt. No. 1]. On November 20, 2018, Magistrate Judge Jacqueline Scott Corley issued a screening order concluding that Mr. Raheem's complaint failed Section 1915 review. [Dkt No. 10]. Mr. Raheem was given leave to amend his complaint but failed to do so, submitting only a letter citing in general several sections of 42 U.S.C. and attaching "documents specific to [his] case as proof that child support should be dismissed." [Dkt. No. 11]. Magistrate Judge Corley reports that Mr. Raheem's letter failed to cure the defects identified in the screening order and recommends that the complaint be dismissed. [Dkt. No. 12]. Objections were due by January 29, 2019. As of the date of this order, no objections have been filed.

　　　　I find Judge Corley's report thorough and correct; I adopt it in every respect. Accordingly, the complaint is dismissed without prejudice.

　　　　**IT IS SO ORDERED.**

Dated: March 4, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　William H. Orrick
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge